GEORGE A. LANGAN, as Trustee in Bankruptcy of Onondaga Litholite Company, Appellant, *v.* FIRST TRUST & DEPOSIT COMPANY et al., Respondents.

Submitted February 19, 1945; decided March 1, 1945.

Motions by respondents for reargument denied, with ten dollars costs and necessary printing disbursements. [See 293 N. Y. 604.]

In the Matter of JOHN A. ELKINS, Appellant, against EVELYN S. ELKINS, Respondent.

Submitted February 19, 1945; decided March 1, 1945.

*Charles V. D. Siegel,* for motion.
*Edward G. Dillon* and *Ernest B. Morris* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.